**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR308** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **ALBERTO ROMAN-PADILLA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 29). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation their its entirety.

IT IS ORDERED:

1.  The Magistrate Judge's Findings and Recommendation (Filing No. 29) are adopted in their entirety; and

2.  The Defendant's motions to suppress (Filing Nos. 16 and 18)[1] are denied in accordance with the Findings and Recommendation.

DATED this 13th day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] The written findings and recommendation only refer to Filing No. 18. However, both motions (Filing Nos. 16 and 18) were the subject of the evidentiary hearing and oral findings of fact and conclusions of law. (Filing No. 31.)